# IN THE SUPREME COURT OF THE STATE OF NEVADA

PUBLIC UTILITIES COMMISSION OF
NEVADA; STATE OF NEVADA, BUREAU
OF CONSUMER PROTECTION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
THE HONORABLE JOSEPH T.
BONAVENTURE; AND THE
HONORABLE WILLIAM D. KEPHART,
DISTRICT JUDGE,
Respondents,
and
SOUTHWEST GAS CORPORATION,
Real Party in Interest.

No. 80175



FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order allowing additional briefing and setting a hearing date in an administrative matter. Having considered the petition and appendices filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted.[1] *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus or prohibition "is solely within this court's discretion" and that petitioner bears

---

[1]We therefore also deny the December 24, 2019, motion for a stay of the district court proceedings.

20-03301

the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.[2]

_____Pickering_____, C.J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Douglas_____, Sr. J.
Douglas

cc:    Chief Judge, Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Hon. William D. Kephart, District Judge
Attorney General/Carson City
Public Utilities Commission of Nevada
Lewis Roca Rothgerber Christie LLP/Las Vegas
Eighth District Court Clerk

---

[2]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.